Ravenswood Paper Mill Company, Respondent, v. John H. Wiemers, Inc., Appellant.— Judgment and order affirmed, with costs.   No opinion.

Sabina Gersten, Appellant, v. Edward Robinson, Respondent.— Judgment affirmed, with costs.   No opinion.

Patrick Devine, Respondent, v. Alphons Custodis Chimney Construction Company, Appellant.— Judgment and order affirmed, with costs.   No opinion. Clarke, J., dissenting.

Albert Rosenblatt, Appellant, v. The City of New York, Respondent— Judgment affirmed, with costs.   No opinion.

Benjamin Altman, Doing Business as B. Altman & Company, Respondent, v. Adele Meroni, Doing Business as Madame Laurent, Appellant.— Judgment affirmed, with costs.   No opinion.   Houghton, J., dissenting, and voting to modify judgment by restricting execution to attached property.

In the Matter of the Estate of Emma J. Richardson, Deceased.   Percy J. Michelbacher, Respondent, v. Joseph Walker, Jr., and Mary R. Washburn, as Executors, etc., of Emma J. Richardson, Deceased, Appellants.— Judgment affirmed, with costs.   No opinion.

Frank Pietschker, Appellant, v. The City of New York, Respondent.— Order affirmed, with costs and disbursements.   No opinion.

Walter C. Jordan, Respondent, v. Frank Keenan, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Arthur W. Tams, Appellant, v. G. Schirmer and Others, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs.   No opinion.

Max Spenadel, Respondent, v. Jacob Neadle and Others, Appellants, Impleaded with Maria L. Fahys and Max E. G. Bensamon.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs.   No opinion.